# STATE OF TENNESSEE
# THE CIRCUIT COURT FOR KNOX COUNTY

## SUMMONS

2021 MAY 11 PM 2:52

**Charles E Jones** \_\_\_\_PLAINTIFF )

vs.                                              CIVIL ACTION NO. **2-107-21**

**FBI** _____ DEFENDANT )

To the above named defendant (s):

You are hereby summoned and required to serve upon _____, plaintiff / plaintiff's attorney, whose address is _____, an answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. A copy of the answer must be filed with the court either before or within a reasonable time after service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and attested this the **11** day of **May**, **2021**.

*Charles D. Susano III*
Charles D. Susano III, Clerk

*Kayla Johnson*
Deputy Clerk

ADA FOR ASSISTANCE CALL 865 / 215-2952
TTY: 865 / 215-2497

## NOTICE

To the defendant (s):

Tennessee law provides a Ten Thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

Exhibit 1

## SERVICE INFORMATION

To the process server:

Defendant _____ can be served at:
1501 Dowell Springs Blvd, Knoxville TN 37909

## RETURN

I received this summons on the 18 day of May, 2021.
I hereby certify and return that on the 19 day of May, 2021. I:
[ ] served this summons and complaint on the defendant _____ in the following manner:
_____.

[ ] failed to serve this summons within 30 days after its issuance because:
_____
_____.

CWood 2609 KCSO
Process Server (Required to be filled out by Process Server)
Name (please print): C Wood 2609 KCSO
Address: _____

The Americans with Disabilities Act prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its judicial programs. In accordance with the Americans with Disabilities Act, if necessary, the Tennessee Judicial Branch will provide reasonable modifications in order to access all of its programs, services and activities to qualified individuals with disabilities.

If you require a modification to access the judicial program and/or have special needs because of a qualified disability, you must submit a written **Request for Modification** to the Local Judicial Program ADA Coordinator listed below at least five (5) business days prior to the date of the judicial proceeding, if possible. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator (www.tncourts.gov)

If you need assistance, have questions or need additional information, please contact the Local Judicial Program ADA Coordinator:

> ADA Compliance Officer
> Knox County Human Resources Office
> Suite 360, City-County Building
> 400 Main Street, Knoxville, Tennessee 37902
> Voice Phone: (865) 215-2952    TTY: (865) 215-2497

If you need assistance, have questions or need additional information, you may also contact the Tennessee Judicial Program ADA Coordinator:

> ADACoordinator
> State Judicial ADA Program
> Administrative Office of the Courts
> Nashville City Center
> Suite 600, 511 Union Street
> Nashville, Tennessee 37219
> Telephone (615) 741-2687    FAX: (615)741-6285

The Tennessee Judicial Branch's Americans with Disabilities Act Policy regarding access to judicial program, as well as a Request for Modification form may be found online at www.tncourts.gov.

The civil lawsuit against the FBI 1501 Dowell Springs Blvd, Knoxville, TN 37909 and 3000 Flowers Road S Atlanta, GA 3034 is the result of between 5 and 6 years of reporting to them dozens and dozens of times via phone and website submission regarding hidden camera equipment in my previous home in Powder Springs GA, which has been there over seven years and is still there in operation to the present where my ex-wife still resides. I have lived in Powell TN for two and a half years and the hidden camera equipment has been in the home since I moved in there, which I have also reported to the FBI Knoxville TN multiple times, and in the 5 – 6 years I have been reporting this criminal activity to the FBI Knoxville and Atlanta, I never received any form of communication from them during that time. There has also been camera equipment in my son's home in Jefferson County TN and my Aunt's home for the past two and half years as well, possibly longer. In addition, there are also tracking and listening devices in my current vehicle and had been in my two previous vehicles as well. The tracking and listening devices are also in all of family members vehicles as well and all the equipment in TN and GA is still currently in all the homes and vehicles. I have asked through website submissions dozens of times for the FBI to obtain the warrants needed to remove and seize all the evidence of the stalking that has been occurring in TN and GA for the last 8 ½ years now and is still ongoing, but they will not do so.

In the amount 100,000,000$

Charles E Jones, Charles E Jones

Cejones80@Rocketmail.com

PH: 865-507-8402

7260 Lyngate Blvd.

Powell TN 37849

FILED
CHARLES J. SUSANO III
CLERK
2021 MAY 11 PM 2:57
KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS